IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| DEMETRIC DION STEPHENS, | : | |
| Petitioner | : | |
| v. | : | CASE NO. 4:04-CV-50 (HL) |
| | : | 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | : | CASE NO. 4:01-CR-38-001 (HL) |
| Respondent | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 62) filed October 11, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the petitioner to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 19th day of January, 2006.

                                            **s/ Hugh Lawson**
                                            **HUGH LAWSON, Judge**
                                            **United States District Court**